CARL J. RAHM, APPELLANT, v. HARTFORD FIRE INSURANCE COMPANY ET AL., RESPONDENTS.

Argued June 2, 1936—Decided October 2, 1936.

For the appellant, *Joseph T. Lieblich.*

For the respondents, *Arthur T. Vanderbilt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   10.

*For reversal*—None.